IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-00169-01-CR-W-SOW |
| | ) | |
| VERLYN T. WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION**

During the May 11, 2010, suppression hearing, defense counsel stated they believed they had a different version of the police video/audio recording of the June 29, 2008 traffic stop. I instructed counsel to compare their respective versions and inform my chambers by May 14, 2010 if they wanted to reopen the suppression hearing.

On May 12, 2010, defense counsel Adam Fein contacted my chambers and informed me there was no appreciable difference between the recording the government played during the suppression hearing and the recording produced to Defendant. Mr. Fein further stated Defendant is not seeking to suppress Defendant's statement about his prior felony conviction that was captured on the recording, as such conviction will be the subject of a stipulation at trial.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 12, 2010