IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-0169-CR-W-SOW |
| | ) | |
| VERLYN T. WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court are the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's First Motion to Suppress Evidence (Doc. #39) and defendant Verlyn T. Wiggins' Objections. The Court finds that the Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. Furthermore, the Court agrees with the recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant's First Motion to Suppress Evidence (Doc. #39) is denied.

                                                       /s/ Scott O. Wright
                                                     SCOTT O. WRIGHT
                                                     Senior United States District Judge

DATED: June 30, 2010